In the Matter of the Claim of CHRISTINA YOUNGMAN, against TOWN OF ONEONTA et al., Respondents.

STATE INDUSTRIAL BOARD, Appellant.

*Workmen's compensation — town superintendent of highways killed in discharge of duties — claim against town dismissed.*

Matter of Youngman v. Town of Oneonta, 204 App. Div. 96, affirmed.

(Argued April 18, 1923; decided May 8, 1923.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 10, 1923, reversing an award of the state industrial board and directing dismissal of a claim under the Workmen's Compensation Law. Claimant's intestate was superintendent of highways of the town of Oneonta. While in the performance of his duties as such he received personal injuries from which he died. The Appellate Division dismissed the claim on the ground that intestate was not the agent or servant of the town.

*Carl Sherman*, Attorney-General (*E. C. Aiken* of counsel), for appellant.

*George L. Bockes* for claimant.

*Edward P. Mowton* for respondents.

Order affirmed, with costs against state industrial board; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN and ANDREWS, JJ. Dissenting: HOGAN and CRANE, JJ.